**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CRIMINAL NO. 08-30185-01-GPM |
| | ) |
| **LAWRENCE O. DANIELS,** | ) |
| | ) |
| **Defendant.** | ) |

# WRIT OF EXECUTION

**TO THE UNITED STATES MARSHAL:**

On May 11, 2009, a judgment was entered in the United States District Court for the Southern District of Illinois, in favor of the United States of America, and against the defendant, Lawrence O. Daniels, last known address: Missouri Doc ID #179654, Southeast Correctional Center, 300 East Pedro Simmons Drive, Charleston, MO 63834, in the sum of $18,200.00.

Since entry of judgment, payments in the amount of $0.00 have been applied to the debt, leaving a current balance of $18,200.00.

NOW, THEREFORE, YOU ARE COMMANDED to satisfy the judgment by levying on all property in which the defendant has a substantial nonexempt interest, and by executing upon the property described as follows:

**One 14 Kt. Yellow gold Gent's ring consisting of thirty seven round brilliant cut diamonds of various sizes.**

**One 10 Kt. yellow gold Gent's ring consisting of seven round diamonds.**

**One 10 Kt. Yellow gold Gent's ring consisting of 178 tapered baguette cut diamonds.**

**Location: Executive Plaza One, 333 Salem Place, Suite 205, Fairview Heights, IL**

and by taking said property to three reputable Jewelers located in Southern Illinois and selling said property to the Jeweler with the best offer.

YOU ARE ALSO COMMANDED to collect interest thereon from the date hereof with your costs and expenses and make return of this writ within ninety days after the date of issuance if levy is not made, or, within ten days after the date on which levy is made.

YOU ARE FURTHER COMMANDED that the levy shall not exceed property reasonably equivalent in value to the aggregate amount of this judgment, costs, and interest. You shall remit the cash to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

**DATED: 8/17/09**

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge